UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

CHRISTOPHER GOINS, JR., :
    Plaintiff, :
     :
    v. : CIVIL NO. 14-CV-1217
     :
WARDEN JEFF THOMAS, :
    Defendant. :
     :

*O R D E R*

AND NOW, this 23rd day of October, 2014, upon consideration of the report and recommendation of the magistrate judge (Doc. 8), filed September 29, 2014, to which no objections were filed, and upon independent review of the record, it is ordered that:

    1. The magistrate judge's report (Doc. 8) is adopted.

    2. Petitioner Goins' habeas petition (Doc 1) is dismissed with prejudice.

    3. Petitioner's constitutional claims are dismissed without prejudice.

    4. The Clerk of Court shall close this case.

                                         /s/ William W. Caldwell
                                         William W. Caldwell
                                         United States District Judge